IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV368 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR L. JENSEN, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 7). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff's complaint is dismissed with prejudice.

DATED this 7th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court